HARVEY MEDICAL COLLEGE, Respondent, v. COCHEU, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by the Harvey Medical College against Fred C. Cocheu. No opinion. Judgment reversed, and new trial granted, costs to abide the event, for error in ruling in the exclusion of evidence at folios 45 to 48, inclusive, in the printed case on appeal.

HAYES v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by John Hayes against the city of New York. No opinion. Motion granted, with $10 costs.

HAYES, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Bridget Hayes against William L. Moore. G. Zabriskie, for appellant. J. B. Marshall, for respondent. No opinion. Judgment and order affirmed, with costs.

HELMER, Respondent, v. MERCHANTS' CO-OPERATIVE FIRE INS. ASS'N OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Sophia Helmer, as administratrix, etc., against the Merchants' Co-operative Fire Insurance Association of New York. No opinion. Judgment and order affirmed, with costs.

HERMAN, Appellant, v. DANIELS, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Paul Herman against John L. Daniels. H. J. Hindes, for appellant. G. S. Daniels, for respondent. No opinion. Judgment affirmed, with costs.

HEWIT v. HEDDEN et al. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by Loren M. Hewit against Viner J. Hedden and others. No opinion. Motion granted, without costs.

HIBBITES, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Maria J. Hibbites against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

HIDDEN v. GODFREY et al. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Thomas B. Hidden against Fred S. Godfrey and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HIGGINS, Respondent, v. POWELL et al. Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by John Higgins against Sarah C. Powell and others. No opinion. Judgment affirmed, with costs.

HOADLEY, Respondent, v. LEOPOLD et al., Appellants. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Alfred H. Hoadley against James Leopold and another. From an interlocutory order restraining defendants pendente lite from selling certain stocks, they appeal. Affirmed. Courtland V. Anable, for appellants. William N. Cohen, for respondent.

PER CURIAM. We think that the questions involved should be disposed of at the trial, and not upon affidavits; and without, therefore, considering or passing upon the merits, which should be left until the trial can be had, we think that the injunction order should remain. Accordingly, the order appealed from is affirmed, with $10 costs and disbursements to abide the event.

HOAGE, Respondent, v. LINN, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by David I. Hoage against Frank E. Linn. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOGG et al., Respondents, v. HOGG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by William Hogg and another against George T. Hogg and others.

PER CURIAM. The attorneys for the respective parties to this appeal having without objection entered upon the argument of the case upon the merits, it is unnecessary for the court to decide the motion.

HOGG et al., Respondents, v. HOGG, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by William Hogg and another against George T. Hogg, impleaded with others.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.

In re HOLTJE. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of Herman Holtje. No opinion. Motion granted, with $10 costs.

HOME FIRE & MARINE INS. CO. OF SAN FRANCISCO, Appellant, v. KLINE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by the Home Fire & Marine Insurance Company of San Francisco against Philip E. Kline and others.

PER CURIAM. Judgment and order denying motion for new trial upon the minutes affirmed, with costs. Order denying motion for